TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00327-CV

Madera Production Company, Appellant

v.

Scott Storm, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 97-00649, HONORABLE DON B. MORGAN, JUDGE PRESIDING 

PER CURIAM

 This Court issued an injunction to protect its jurisdiction by enjoining a foreclosure. 
Madera Production Company v. Scott Storm and Scott Moore, Substitute Trustee, No. 03-97-296-CV (Tex. App.--Austin June 2, 1997) (not designated for publication). We received the transcript from
Madera's interlocutory appeal from the order denying temporary injunction on June 12, 1997, and
docketed it as our cause number 03-07-327-CV. The parties have informed the Court that they have
settled and move to dismiss the cause and vacate the trial-court judgment pursuant to their signed
"Agreement of Settlement and Compromise." All parties have agreed to bear their own costs, in this Court
and the trial court. As between the parties, Madera Production Company shall be entitled to any refunds
of its cost and supersedeas bonds.

 Accordingly, we grant the parties' motion, vacate the trial court judgment, and dismiss the
cause. We will issue our mandate contemporaneously with our opinion and judgment.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: July 14, 1997

Do Not Publish